IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PACIFIC HIDE & FUR DEPOT, | Cause No. CV–22–110–BLG–SPW |
| Plaintiff, | |
| v. | ORDER |
| ALPHA PETROLEUM TRANSPORT, INC. II d/b/a ALPHA ENVIRONMENTAL ENGINEERING, | |
| Defendants. | |

Upon the Plaintiff, Pacific Hide & Fur Depot's Motion to Dismiss (Doc. 17),

by and through counsel of record, Garlington, Lohn & Robinson, PLLP, and for

good cause appearing,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Dismiss (Doc.

17) the above-captioned matter is **GRANTED.** This matter is **DISMISSED**

**WITH PREJUDICE,** with each party to bear their own attorney's fees and costs.

DATED this 23rd day of January, 2023.

_____
SUSAN P. WATTERS
U.S. DISTRICT JUDGE